IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00173-REB-BNB

NANCY L. ANDERSON,

Plaintiff,

v.

BOARD OF TRUSTEES, ADAMS STATE COLLEGE,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to Amend Complaint** [docket no. 10, filed May 18, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Amended Complaint for filing. Defendant has ten (10) days to file a responsive pleading.

DATED: May 21, 2012