**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00173-REB-BNB

NANCY L. ANDERSON,

      Plaintiff,

v.

BOARD OF TRUSTEE, ADAMS STATE COLLEGE,

      Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

      The attached **Juror Questionnaire** is approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

      Dated January 11, 2013 at Denver, Colorado.

                                           **BY THE COURT:**

                                           Robert E. Blackburn
                                           United States District Judge